IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

        Petitioner,                  No. 2:13-cv-0454 WBS JFM P

    vs.

PAUL RICHARDSON, et al.,

        Respondents.         <u>ORDER</u>

                                    /

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 18, 2013, petitioner filed pro se a document styled as a motion requesting service of process by the United States Marshal (ECF No. 27).  Petitioner is represented by counsel in this action and all requests by or on behalf of petitioner must be made by his attorney.  Moreover, no basis appears for ordering service of process by the United States Marshal in this action.

        In accordance with the above, IT IS HEREBY ORDERED that petitioner's July 18, 2013 motion (ECF No. 27) is denied.

DATED: July 23, 2013

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

12;turn0454.o