IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

     Petitioner,                    No. 2:13-cv-0454 WBS JFM P

     vs.

PAUL RICHARDSON, et al.,

     Respondents.          <u>ORDER</u>

                               /

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 10, 2013 and July 31, 2013, petitioner filed pro se two motions requesting issuance of orders (ECF Nos. 29 and 30). Petitioner is represented by counsel in this action and all requests by or on behalf of petitioner must be made by his attorney.  Petitioner's motions will be denied and as long as petitioner is represented by counsel no orders will issue in response to future pro se filings.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner's July 10, 2013 and July 31, 2013 motions (ECF Nos. 29 and 30) are denied; and

/////

/////

1


2. The Clerk of the Court is directed to serve a copy of this order on petitioner at the address on ECF No. 29 as well as on petitioner's counsel of record.

DATED: August 9, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

12
turn0454.o2