UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,

  v.

PAUL RICHARDSON, et al.,

    Defendants.

No. 2:13-cv-0454 WBS AC P

ORDER

    The parties to this action, all of whom are represented by counsel, have filed a joint motion requesting that the current briefing schedule be vacated, that Petitioner be granted 60 days to file his amended petition, and that Respondents' responsive pleading be due 60 days from the filing of the amended petition.

    Good cause having been shown, IT IS HEREBY ORDERED that:

    1. The joint motion to vacate (ECF No. 52) is GRANTED, and the current briefing schedule is hereby VACATED;

    2. Plaintiff is granted 60 days from the date of this order to file his amended petition; and

    3. Respondents' responsive pleading shall be filed no more than 60 days from the

////

////

1

date the amended petition is filed.

DATED: October 22, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE