IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY R. TURNER,** | Case No. 2:13-cv-00454 WBS AC P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **PAUL RICHARDSON, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including March 23, 2015, to file a response to Petitioner's Second Amended Habeas Petition.

DATED: March 3, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE