UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:13-cv-0454 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with counsel, has filed objections to this court's findings and recommendations filed July 26, 2016. In light of petitioner's more clearly articulated arguments, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed by the undersigned on July 26, 2016, ECF No. 73, are WITHDRAWN.

2. Petitioner's traverse or, in the alternative, a motion to amend the petition, shall be filed within thirty (30) days after the California Supreme Court rules on his petition for review in People v. Turner, Cal. Supreme Court Case No. S232272.

3. In light of this new schedule, petitioner's motion to stay this action, ECF No. 69, is DENIED as moot.

DATED: August 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE