UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WILLIAM MUNIZ, Warden,<br><br>　　　　Respondent. | No. 2:13-cv-00454 WBS AC P<br><br><br><u>ORDER</u> |

Petitioner is a state prisoner proceeding with appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. This action, which proceeds on the Second Amended Petition, ECF No. 54, has been effectively stayed since August 9, 2016, pending the California Supreme Court's ruling in <u>People v. Turner</u>, No. S232272. <u>See</u> ECF Nos. 75, 82, 83.

Petitioner's counsel is directed to file and serve, within fourteen (14) days after the filing date of this order, a statement informing the court of the status of petitioner's California Supreme Court case and the consequent status of the present case. Respondent is directed to file and serve a response within seven (7) days after the filing of petitioner's statement.

IT IS SO ORDERED.

DATED: August 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE