# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:13-cv-00454 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

The undersigned has reviewed the status report filed by petitioner's counsel on September 3, 2019. ECF No. 85. A stay of this action continues to be appropriate pending the final resolution of petitioner's claims in the state courts. Accordingly, IT IS HEREBY ORDERED that petitioner shall regularly file and serve status reports in this case every sixty (60) days, until final resolution of petitioner's claims in the state courts.

IT IS SO ORDERED.

DATED: September 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE