UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>        Petitioner,<br><br>    v.<br><br>WILLIAM MUNIZ, Warden,<br><br>        Respondent. | No.  2:13-cv-00454 WBS AC P<br><br><br>ORDER |

      This habeas corpus action filed pursuant to 28 U.S.C. 2254 has been stayed since 2016 pending the final resolution of petitioner's claims in the state courts.  See ECF No. 84. Petitioner's most recent status report, filed by petitioner's counsel on May 29, 2020, informs the court that petitioner was recently resentenced to a term of credit for time served and released from custody.  ECF No. 90.

      Accordingly, IT IS HEREBY ORDERED that petitioner shall, within thirty (30) days after the filing date of this order, file and serve a statement addressing the current status of this case, particularly whether petitioner intends to continue pursuing the pending petition for writ of habeas corpus or requests that the petition be withdrawn and this case be voluntarily closed.

DATED: June 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE