UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TURNER, | No. 2:13-cv-0454 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, WARDEN, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2022, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 94. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 9, 2022 (ECF No. 94), are ADOPTED IN FULL;

1

2. The petition for writ of habeas corpus is DENIED, and

3. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: August 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

turn0454.801.hc